UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC.,<br><br>　　　　Defendant. | Case No. 23-cv-02293-TLT<br><br>**ORDER TO SHOW CAUSE** |

On Thursday, April 4, 2024, the Parties were scheduled to appear for a further Case Management Conference. Less than one hour prior to the conference, pro se plaintiff Sarah Moore relayed a message to the Court that she was in the process of retaining counsel and that potential counsel had advised her not to appear at the Conference. However, throughout the litigation, Moore has been chronically absent.

Plaintiff failed to appear at the initial Case Management Conference on August 24, 2023, or further Case Management Conference on September 21, 2024.[1] ECF 15, 19. Again, Moore was absent from a further Case Management Conference on February 1, 2024. ECF 27. The Court issued an Order to Show Cause, ECF 28, warning the Plaintiff that failure to prosecute may result in case dismissal.

On February 26, 2024, Moore was present for a Settlement Conference with Magistrate Judge Westmore. ECF 31. However, the Defendant asserts that Moore has been unresponsive to their subsequent discovery requests to hold a Rule 26(f) conference. Case Mgmt. Conf., April 4,

---

[1] Moore did, however, communicate with the Court that she was not receiving correspondence from the Court via U.S. Mail or e-mail as well as access issues with the Court's PACER system. ECF 19. It is not clear whether these issues have been resolved.

2024; *see* Fed. R. Civ. P. 26(f). The Court maintained the further Case Management Conference held on April 4, 2024, yet Moore remained absent.

The Court hereby **ORDERS** the Plaintiff to show cause for why the case should not be dismissed for failure to prosecute by **May 2, 2024**. An Order to Show Cause hearing is hereby scheduled for **May 9, 2024, at 11 a.m. by Videoconference**.[2] Any Motions to Dismiss or to Compel Discovery must be submitted by **April 25, 2024**, two weeks prior to the OSC hearing.

**WARNING: Failure to Show Cause May Result in Case Dismissal for Failure to Prosecute**

**IT IS SO ORDERED.**

Dated: April 4, 2024

_____
TRINA L. THOMPSON
United States District Judge

---

[2] The Conference is accessible through Zoom (https://cand-uscourts.zoomgov.com/j/1611407208?pwd=Rytydm5Nek1QcHRHbHhMWE4rekFWZz09).

2